# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 91 CR 20006 - 7 | **DATE** | 5/15/2008 |
| **CASE TITLE** | U.S.A. vs. Juan Castellanos | | |

**DOCKET ENTRY TEXT:**

Government to respond by May 22, 2008 to defendant's request for early termination of supervised release. The court will thereafter rule by written order.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

**FILED**

MAY 15 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|