UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 91 CR 20006-07 |
| | ) | Judge Philip G. Reinhard |
| JUAN CASTELLANOS | ) | |

**UNITED STATES' SENTENCING MEMORANDUM ON DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits this memorandum in response defendant's request for early termination of supervised release.

Provided that the defendant fulfilled all of the financial obligations imposed by the court in the judgment, the United States would not object to this Court terminating the defendant's supervised release.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: */s/ John G. McKenzie*
JOHN G. McKENZIE
Assistant United States Attorney
308 W. State Street - Room 300
Rockford, Illinois  61101
(815) 987-4444

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**UNITED STATES' SENTENCING MEMORANDUM ON DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE**

was served on May 15, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and on May 15, 2008, a copy of the pleading was: (1) hand-delivered to the United States Probation Office at 211 South Court Street, Room 114-B, Rockford, Illinois 61101; and (2) sent by first-class mail postage prepaid in envelopes addressed to:

| | |
|---|---|
| Mr. Juan Castellanos | Ms. Ann Roman |
| 45 Ventnor, Apartment C | U.S. Probation Officer |
| Deerfield Beach, FL 33442 | 101 Northeast Third Ave. - Ste. 200 |
| | Ft. Lauderdale, FL 33301 |

       /s/ *John G. McKenzie*
JOHN G. McKENZIE
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444