# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 91 CR 20006 - 7 | **DATE** | 5/22/2008 |
| **CASE TITLE** | U.S.A. vs. Juan Castellanos | | |

**DOCKET ENTRY TEXT:**

Defendant's request for early termination of supervised release is granted. Supervised release terminated effective June 1, 2008. Defendant still on supervised release until June 1 and must follow all rules and conditions.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|